# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133116

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TOMMY LEE CURRY,
     Defendant-Appellant.

SC: 133116
COA: 271301
Kent CC: 96-004049-FC

_____/

     On order of the Court, the application for leave to appeal the December 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

d0618

_____
Clerk